Motion GRANTED. Hearing set for 4/26/13 at 3:00 p.m.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 3:09-00259 |
| | ) | Judge Trauger |
| | ) | |
| BARRON A. MATHIS | ) | |

**MOTION TO CONTINUE RE-SENTENCING HEARING
FROM 3/11/13 TO 3/15/13**

**COMES NOW** the Defendant, **Barron A. Mathis**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the re-sentencing hearing from Monday, March 11, 2013, at 2:30 p.m., to Friday, March 15, 2013. In support hereof, Defendant states as follows:

1. The re-sentencing hearing in this case is set for Monday, March 11, 2013, at 2:30 p.m. (Docket Entry 61).

2. As the Court is aware, undersigned counsel began a multi-defendant federal gang trial in *United States of America v. Omega Harris, et al., MDTN Case No. 3:09-00240* before Senior Judge Nixon and a jury on January 29, 2013. The jury selection ended on Wednesday, February 13, 2013, and the government's proof is continuing and estimated to last two or three more weeks before it is concluded. Due to the length of the trial, Judge Nixon is not holding Court on Fridays. Therefore, counsel could be available anytime on Friday, March 15, 2013 to conduct the *Mathis* re-sentencing.