**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00259 |
| | ) | Judge Trauger |
| BARRON A. MATHIS | ) | |
| | ) | |

## O R D E R

The Government's Rule 35 Motion (Docket 59) is **GRANTED**.  It is hereby **ORDERED**

that, pursuant to Rule 35(b), FED. R. CRIM. P., the defendant's custody sentence of 72 months

imposed on May 20, 2011 (Docket No. 56), is **REDUCED**, for good cause shown, to 36 months.

All other terms and conditions of his original sentencing remain in effect.

It is so **ORDERED**.

ENTER this 29th day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge